IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES HUGHES                                                                                          PLAINTIFF

v.                                    NO. 4:08CV00545 JMM/HDY

MICHAEL J. ASTRUE,                                                                              DEFENDANT
Commissioner of the Social
Security Administration

MEMORANDUM OPINION AND ORDER

On August 25, 2008, the Clerk of the Court issued a scheduling order in which plaintiff James Hughes ("Hughes") was ordered to file a brief on or before October 3, 2008. See Document 12. To date, Hughes has filed nothing. Hughes is now given up to, and including, December 15, 2008, to file a brief. **In the event he fails to file a brief by December 15, 2008, his complaint will be dismissed.**

IT IS SO ORDERED this ___24___ day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE