# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES HUGHES                                                                          PLAINTIFF


v.                                    NO. 4:08CV00545 JMM/HDY


MICHAEL J. ASTRUE, Commissioner                                   DEFENDANT
of the Social Security Administration


## FINDINGS AND RECOMMENDATION


### INSTRUCTIONS


The following findings and recommendation have been sent to United States District Judge James M. Moody. Any party may serve and file written objections to these findings and recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the Office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendation. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.    The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, Arkansas 72201-3325

<u>DISPOSITION</u>

Plaintiff James Hughes ("Hughes") commenced this proceeding on June 16, 2008. On August 22, 2008, the Commissioner of the Social Security Administration ("Commissioner") filed an answer to Hughes' complaint.  On the heels of the Commissioner's answer, the Clerk of the Court caused an order to be issued requiring Hughes to file a brief by October 3, 2008.  That deadline came and went without a brief from Hughes.  On November 24, 2008, the Court <u>sua</u> <u>sponte</u> granted an extension of time to Hughes.  He was given up to, and including, December 15, 2008, to file a brief.  He was specifically warned that in the event he failed to file a brief by December 15, 2008, his complaint would be dismissed.  To date, he has filed nothing.

The Court is vested with the inherent power to police the docket.  One consequence flowing from that power is the obligation to dismiss a proceeding when a party has failed to prosecute a proceeding.

Hughes has failed to prosecute this proceeding in a timely and diligent manner. A sanction is therefore appropriate.  Careful consideration has been given to the appropriate sanction.  The undersigned recommends that Hughes' complaint, and this proceeding, be dismissed without prejudice.  The Clerk of the Court shall forward a copy of these findings and recommendation to the appropriate individuals and to Hughes at the following address: 102 South Third Street, Georgetown, Arkansas 72143.

DATED this _____17_____ day of December, 2008.


_____
UNITED STATES MAGISTRATE JUDGE