```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

JAMES HUGHES                                              Plaintiff

v.                          4:08CV00545 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                  Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE