IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES HUGHES                                                                Plaintiff

v.                                  4:08CV00545 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                    Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 8th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE